IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON ZIN,

        Plaintiff,                      No. CIV S-05-0051 MCE GGH P

   vs.

J. WOODFORD, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On September 1, 2005, this court issued Findings and Recommendations, recommending dismissal of this action for plaintiff's failure to complete and return timely the forms necessary for this court to effect service of process upon defendants.  However, on August 22, 2005, plaintiff had requested that this action be dismissed.  Therefore, the court will vacate the September 1, 2005 Findings and Recommendations.  This action is dismissed, pursuant to Fed. R. Civ. P. 41(a).

        Accordingly, IT IS ORDERED that:

        1. The September 1, 2005 Findings and Recommendations are vacated; and

\\\\\

\\\\\

\\\\\

2. The Clerk of the Court shall close this case, in light of plaintiff's August 22, 2005 request for voluntary dismissal, pursuant to Fed. R. Civ. P. 41(a).

DATED: 9/13/05

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
Zin0051.59